O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TAYLOR,<br><br>        Petitioner,<br><br>    v.<br><br>AUDREY KING, Executive Director,<br><br>        Respondent. | Case No. CV 12-8764-CJC (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1     IT IS THEREFORE ORDERED that petitioner's Motion to Support the
2 Reason Why He Failed to Exhaust in the California Supreme Court is denied, and
3 Judgment will be entered denying the Petition and dismissing this action without
4 prejudice.

6 DATED: February 7, 2013     _____
7                                        HONORABLE CORMAC J. CARNEY
                                         UNITED STATES DISTRICT JUDGE