JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TAYLOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>AUDREY KING, Executive Director,<br><br>　　　　Respondent. | Case No. CV 12-8764-CJC (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: February 7, 2013

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE